**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMELLA DENISE LONDON, | ) No. CV 14-2672-AS |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

   IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: December 29, 2014.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE